IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEON TECHNOLOGIES AG and <br> INFINEON TECHNOLOGY NORTH <br> AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ATMEL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 11-307 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Agreement of the parties, Plaintiffs Infineon Technologies AG and Infineon Technologies North America Corporation (collectively "Infineon") and Defendant Atmel Corporation ("Atmel"), by and through their respective counsel of record, hereby jointly stipulate to the dismissal with prejudice of this entire action as follows:

1. All of Infineon's claims and counterclaims asserted against Atmel in the above-captioned action are dismissed with prejudice in their entirety, including all claims of alleged infringement of U.S. Patent Nos. 5539910; 6076159; 6653963; 6665802; 6769065; 6788235; 7000148; 5739708; 7149926; 7281162; 5422309 and for declaratory relief with respect to Atmel's patents;

2. All of Atmel's claims and counterclaims asserted against Infineon in the above-captioned action are dismissed with prejudice in their entirety, including all claims of alleged infringement of U.S. Patent Nos. 5493534; 5606532; 5732017; 5822245; 6879518; 7428610; 6032248; 6331784; 6215432; 7082490, for declaratory relief with respect to Infineon's patents, and for alleged breach of contract.

3. Each Party shall bear its own attorney's fees and costs relating to this action.

4. The parties respectfully request that the Court enter the proposed Order attached hereto.

SO STIPULATED:

| MORRIS NICHOLS ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON, LLP |
|---|---|
| */s/ Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19801 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mnoreika@mnat.com <br><br> *Attorneys for Plaintiffs and Counter-Defendants Infineon Technologies AG and Infineon Technologies North America* | */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Hercules Plaza <br> 1313 North Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> provner@potteranderson.com <br><br> *Attorneys for Defendant and Counter-Plaintiff Atmel Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEON TECHNOLOGIES AG and INFINEON TECHNOLOGY NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ATMEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 11-307 (RGA) ) ) ) ) ) |

## **[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT this entire action is dismissed with prejudice as follows:

1. All of Plaintiffs Infineon Technologies AG's and Infineon Technologies North America Corp.'s (collectively "Infineon") claims and counterclaims against Atmel Corporation ("Atmel") in the above-captioned action are dismissed with prejudice in their entirety, including all claims of alleged infringement of U.S. Patent Nos. 5539910; 6076159; 6653963; 6665802; 6769065; 6788235; 7000148; 5739708; 7149926; 7281162; 5422309 and for declaratory relief with respect to Atmel's patents.

2. All of Atmel's claims and counterclaims asserted against Infineon in the above-captioned action are dismissed with prejudice in their entirety, including all claims of alleged infringement of U.S. Patent Nos. 5493534; 5606532; 5732017; 5822245; 6879518; 7428610; 6032248; 6331784; 6215432; 7082490, for declaratory relief with respect to Infineon's patents, and for alleged breach of contract.

3. Each Party shall bear its own attorney's fees and costs relating to this action.

June _____, 2013                                              _____
                                                                                              J.